ELYÉA INCORPORATED *v.* CENKER *et al.*

ATKINSON, Justice. Under the pleadings and the evidence which tended to support the allegations of the petition, the judge did not abuse his discretion in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 10933. MARCH 31, 1936.

*Watkins, Grant & Watkins,* for plaintiff in error.

*Little, Powell, Reid & Goldstein, James K. Rankin,* and *Carter, Carter & Johnson,* contra.